UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTONIO HARRIS, individually, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>D'ARTAGNAN, INC., ARIANE DAGUIN, in her individual and professional capacities, and ANDY WERTHEIM, in his individual and professional capacities,<br><br>Defendants. | Case No.: 2:22-cv-02620-MEF-CLW<br><br>NOTICE OF MOTION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANTS |

**PLEASE TAKE NOTICE** that on a date and time to be set by the Court, Defendants D'Artagnan, Inc. ("D'Artagnan" or the "Company"), Ariane Daguin ("Ms. Daguin") and Andy Wertheim ("Mr. Wertheim") (collectively "Defendants"), by and through its undersigned counsel, shall move pursuant to Local Civil Rule 102.1 for entry of an order granting the substitution of DLA Piper LLP (US) for Jackson Lewis P.C. as counsel for Defendants (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that all Defendants, through counsel, consent to the relief requested in this Motion.

A proposed form of order is submitted herewith.

Dated: June 14, 2023

**DLA PIPER LLP (US)**

/s/ Garrett D. Kennedy
Garrett D. Kennedy (Bar No. 041772008)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
Phone: (212) 335-4708
Email:  garrett.kennedy@us.dlapiper.com

*Incoming Counsel for Defendants*

**JACKSON LEWIS P.C.**

*/s/ John F. Tratnyek*
John F. Tratnyek (Bar No. 027561991)
James M. McDonnell (Bar No. 030572001)
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
Phone: (908) 795-5200
Fax: (908) 464-2614
Email: john.tratnyek@jacksonlewis.com

*Outgoing Counsel for Defendants*

## CERTIFICATE OF SERVICE

This certifies that a Notice of Motion for Substitution of Counsel was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

          Respectfully submitted,

          */s/ Garrett D. Kennedy*
          Garrett D. Kennedy, Esq.
          1251 Avenue of the Americas, 27th Floor
          New York, New York 10020-1104
          Phone: (212) 335-4708
          Email:  garrett.kennedy@us.dlapiper.com

          *Attorneys for Defendants*

Dated: June 14, 2023