UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTONIO HARRIS, individually, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>D'ARTAGNAN, INC., ARIANE DAGUIN, in her individual and professional capacities, and ANDY WERTHEIM, in his individual and professional capacities,<br><br>Defendants. | Case No.: 2:22-cv-02620-MEF-CLW<br><br>**ORDER SUBSTITUTING COUNSEL FOR DEFENDANTS** |

**THIS MATTER** having come before the Court on the application of Defendants D'Artagnan, Inc., Ariane Daguin and Andy Wertheim (collectively "Defendants") for an Order pursuant to Local Civil Rule 102.1 substituting DLA Piper LLP (US) for JACKSON LEWIS P.C. as counsel for Defendants in the above-captioned matter, and the Court having reviewed the Motion and supporting documents, and good cause having been shown,

**IT IS** on this 15th day of June, 2023,

**ORDERED** that DLA Piper LLP (US) is hereby substituted pursuant to Local Civil Rule 102.1 for JACKSON LEWIS P.C. as counsel for Defendants in the above-captioned matter.

*/s/ Cathy L. Waldor*
Cathy L. Waldor, U.S.M.J.