## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTONIO HARRIS, individually, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>-vs-<br><br>D'ARTAGNAN, INC., ARIANE DAGUIN, in her individual and professional capacities, and ANDY WETHEIM, in his individual and professional capacities,<br><br>Defendants. | Civil Action No.: 2:22-cv-2620-KM-CLW |

## NOTICE OF RENEWED MOTION FOR (A) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, (B) PRELIMINARY DETERMINATION THAT CLASS TREATMENT IS APPROPRIATE, AND (C) APPROVAL OF FORM OF NOTICE AND NOTICE PLAN

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the Declaration of Cindy D. Salvo, Esq., the Declaration of Lead Plaintiff Antonio Harris, the Settlement Agreement and Release and Exhibit thereto, the pleadings and records on file in this action, and other such matters and argument as the Court may consider at the Hearing on this Motion, Lead Plaintiff Antonio Harris (the "Lead Plaintiff") shall move the Court, before the Honorable Michael E. Farbiarz, United States District Judge for the United States District Court, District of New Jersey, at the Martin Luther King, Jr. Federal Building and United States Courthouse, 50 Walnut Street, Newark, NJ 07101, at a date and time to be specified by the Court, for an order: (a) granting Preliminary Approval of the Proposed Settlement (the "Settlement"); (b) determining that Class Treatment is appropriate; and (c) granting approval of the form of Notice

and Notice plan, and grant such other relief and orders as the Court deems necessary and appropriate.

Lead Plaintiff also requests that the Court set a date for the Final Approval Hearing that is no earlier than ninety (90) days following the date of the initial mailing of the Notice by the Settlement Administrator.

Counsel for Defendants has reviewed this Renewed Motion, and Defendants do not oppose this Renewed Motion or the relief sought.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Preliminary Approval Order is submitted herewith.


Dated:  January 10, 2025

THE SALVO LAW FIRM, P.C.

By: /s/  Cindy D. Salvo _____
     CINDY D. SALVO

185 Fairfield Ave, Suite 3C/3D
West Caldwell, New Jersey 07006
(973) 226-2220
(973) 900-8800 (fax)
csalvo@salvolawfirm.com

Attorneys for Plaintiff,
Antonio Harris