## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTONIO HARRIS, individually, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>-vs-<br><br>D'ARTAGNAN, INC., ARIANE DAGUIN, in her individual and professional capacities, and ANDY WETHEIM, in his individual and professional capacities,<br><br>Defendants. | Civil Action No.: 2:22-cv-2620<br><br><br><br><br>**NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the Declaration of Cindy D. Salvo, Esq., the Declaration of Bentley Conn of Simpluris, Inc., the pleadings and records on file in this action, and other such matters and argument as the Court may consider at the Fairness Hearing, Lead Plaintiff Antonio Harris shall move the Court, at the Martin Luther King, Jr. Federal Building and United States Courthouse, 50 Walnut Street, Newark, NJ 07101, **at the Fairness Hearing on October 16, 2025**, for an Order granting the Unopposed Motion for Final Approval of the Class Settlement.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Final Approval Order is submitted herewith.

Dated: October 8, 2025

THE SALVO LAW FIRM, P.C.

By: /s/ Cindy D. Salvo
     CINDY D. SALVO

185 Fairfield Ave, Suite 3C/3D

West Caldwell, New Jersey 07006
(973) 226-2220
(973) 900-8800 (fax)
csalvo@salvolawfirm.com

Attorneys for Plaintiff,
Antonio Harris