UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTONIO HARRIS, individually, and on behalf of all persons similarly situated,<br><br>    Plaintiff,<br><br>  -vs-<br><br>D'ARTAGNAN, INC., ARIANE DAGUIN, in her individual and professional capacities, and ANDY WETHEIM, in his individual and professional capacities,<br><br>    Defendants. | Civil Action No.: 2:22-cv-2620-CF<br><br>**FINAL APPROVAL ORDER** |

  **THIS MATTER** having come before the Court on the Unopposed Motion for the Final Approval of the Class Settlement; and the Court having considered the papers submitted; and having conducted a Fairness Hearing on November 20, 2025; and for the reasons stated on the record on November 20, 2025; and for good cause shown;

  **IT IS** on this  20th  day of  November , 2025;

  **ORDERED** that the Unopposed Motion for Final Approval of the Class Settlement is **GRANTED.**

                 *s/Cari Fais*
                  _____
                    Cari Fais, U.S.M.J.